# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Wu Xun and Ma Qiandi, individuals,<br><br>Plaintiff,<br><br>v.<br><br>Daimler AG and Mercedes Benz, USA and Fletcher Jones Motor Cars, Inc.,<br><br>Defendants. | Case No. 8:19-cv-02405-JLS-KES<br><br>**ORDER RE STIPULATED DISMISSAL OF ENTIRE ACTION** |

The Court has reviewed the Parties' Stipulated Dismissal of Entire Action ("Stipulation"), and **IT IS HEREBY ORDERED** that, pursuant to that Stipulation, by and between the parties to this action, by and through their counsel of record, that the entire action hereby is **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

Dated: July 19, 2021

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE

- 1 -